THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHAO-MING HSEUH and JINGLE HSEUH, | HONORABLE JEROME B. SIMANDLE |
| Plaintiffs, | Civil No. 09-2013 (JBS/JS) |
| v. | |
| NATIONAL HOME INSURANCE COMPANY, | **ORDER** |
| Defendant. | |

This matter having come before the Court upon Defendant National Home Insurance Company's motion to compel arbitration [Docket Item 4]; the Court having considered the submissions of the parties in support thereof and in opposition thereto; for the reasons set forth in the Opinion of today's date; and for good cause shown;

IT IS this **8th** day of **March, 2010** hereby

ORDERED that Defendant's motion to compel arbitration shall be, and hereby is, **GRANTED**; and it is further

ORDERED that Plaintiffs' claims are DISMISSED without prejudice to their resolution through arbitration.

                                          **s/ Jerome B. Simandle**
                                          JEROME B. SIMANDLE
                                          United States District Judge